

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JUAN NIEBLA-OSUNA,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>22-MJ-3940-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _Wednesday, October 12_____, _2022_____, at _10:30____ ☒a.m. / ☐p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _October 7, 2022_____   _/s/ Karen L. Stevenson_____
U.S. ~~District Judge~~/Magistrate Judge